UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>ANNE LYNMAN-PETTY,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:23-CV-15 JCM (BNW)<br><br>ORDER |

Presently before the court is the government's motion for order to show cause why defendant Anne Lyman-Petty ("defendant") should not be held in civil contempt for violating the court's permanent injunction. (ECF No. 14). Defendant did not file a response to the government's motion. The court grants the government motion pursuant to Local Rule 7-2(d).

The government sought an injunction barring defendant from acting as a tax return preparer or requesting, assisting in, or directing the preparation of filing tax returns on behalf of any person or entity other than herself or a legal spouse. (ECF No. 1). Defendant never filed a document with the court. The court granted default judgment on March 31, 2023, and ordered the injunction the government requested. (ECF No. 11).

The government's motion is rife with evidence that defendant continues to prepare tax returns and violate the court's order. (ECF No. 14 at 3-4). Despite numerous requests the government made to defendant instructing her to stop these prohibited actions, she has failed to heed any admonition, whether it be from the court or the government. (*Id.*).

Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." LR 7-2(d).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the government's motion for order to show cause why defendant Anne Lyman-Petty should not be held in civil contempt for violating the court's permanent injunction (ECF No. 14) be, and the same hereby is, GRANTED.

The government shall have seven (7) days to submit a proposed order requesting the specific sanctions it seeks the court to impose on defendant.

DATED February 9, 2024.

_____
UNITED STATES DISTRICT JUDGE