DAVID A. HUBBERT
Deputy Assistant Attorney General

KENTON MCINTOSH
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-514-3768
Fax: 202-307-0054
Kenton.McIntosh@usdoj.gov

*Counsel for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANNE LYMAN-PETTY, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> _____ ) | Case No. 2:23-cv-00015-JCM-BNW <br><br> **ORDER GRANTING MOTION FOR AN ORDER TO SHOW CAUSE WHY ANNE LYMAN-PETTY SHOULD NOT BE HELD IN CONTEMPT (ECF NO. 14)** |

Before the Court is the United States' Motion for an Order to Show Cause Why Anne Lyman-Petty Should Not Be Held in Contempt (ECF No. 14) filed on September 14, 2023. Despite having been mailed a copy of this motion at that time, Lyman-Petty has never responded. The Court therefore grants the motion under Local Rule 7-2(d) as unopposed.

Within 21 days of receipt of this order, Lyman-Petty shall submit a written response to file with the Court showing cause why she should not be held in contempt for violating the Court's permanent injunction order (ECF No. 11).

Upon a holding of contempt, the United States is requesting that this Court impose a $5,000 fine, representing the estimated revenue that Lyman-Petty received through the preparation of tax returns after the imposition of the Court's injunction order.

Upon a holding of contempt, the United States requests that the Court impose another deadline of thirty days for Lyman-Petty to file with the Court a certification under penalty of perjury stating that she completed the requirements described in the permanent injunction, including that she has contacted by mail (and by email address if known) the persons and entities who since January 1, 2017, have paid or otherwise retained her to prepare tax returns, and inform them of the permanent injunction by attaching a copy of the order.

If Lyman-Petty fails to pay the United States the amount of the fine or again fails to file the required certification within thirty days, the Court may impose punitive penalties to compel Lyman-Petty's compliance with the injunction order, which may include additional monetary fines and even imprisonment.

Dated: February 20, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE