DAVID A. HUBBERT
Deputy Assistant Attorney General

KENTON MCINTOSH
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-514-3768
Fax: 202-307-0054
Kenton.McIntosh@usdoj.gov

*Counsel for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ANNE LYMAN-PETTY,<br><br>   Defendants. | Case No. 2:23-cv-00015-JCM-BNW<br><br>**STIPULATION TO EXTEND TIME FOR ANNE LYMAN-PETTY TO RESPOND TO THE ORDER TO SHOW CAUSE** |

The United States and Anne Lyman-Petty (cumulatively the Parties) stipulate and move the Court to extend the time for Lyman-Petty to respond to the Court's Order to Show Cause (ECF No. 17) as follow:

The United States brought this case to enjoin Lyman-Petty from preparing taxes, among other things. (*See* ECF No. 1.) The United States properly served Lyman-Petty, but she never responded to the complaint. (*See* ECF No. 3.) The Court, thus, granted default judgment in favor of the United States, issuing the injunction that the United States sought. (ECF No. 11.) The United States claims that Lyman-Petty has not complied with this injunction and moved the Court to issue an order to show cause why Lyman-Petty should not be held in contempt. (ECF No. 14.) The Court

issued an order to show cause (the Order), which provided that Lyman-Petty had 21 days to respond to the United States' allegations from receipt of the Order. (ECF No. 17.)

Lyman-Petty was personally served with the Order on February 24, 2024, so her response was due March 18, 2024. Lyman-Petty intends to file a response to the Order, but she needs additional time to prepare these materials. The Parties therefore request that she have up to and including April 15, 2024 to file a response to the Order.

Respectfully submitted this 25th day of March, 2024.

| ANNE LYMAN-PETTY | U.S. DEPT. OF JUSTICE, TAX DIVISION |
|---|---|
| By /s/ Anne Lyman-Petty<br>Anne Lyman-Petty<br>*Appearing Pro Se* | By /s/ Kenton McIntosh<br>Kenton McIntosh<br>*Attorney for the United States* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 27, 2024

**Stipulation for Extension of Time - Page 2 of 2**