KENTON MCINTOSH (DCBN 1656705)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-514-3768
Fax: 202-307-0054
Kenton.McIntosh@usdoj.gov

*Counsel for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANNE LYMAN-PETTY,<br><br>    Defendant. | Case No. 2:23-cv-00015-JCM-BNW<br><br>**[PROPROSED] ORDER** |

This matter is before the Court on the United States' Motion to Hold Anne Lyman-Petty in Civil Contempt for Violating the Court's Orders (ECF Nos. 11, 21). The Court, having reviewed the Motion, the accompanying Memorandum of Law, the Declaration of Kenton McIntosh, and all attached exhibits, and finding that the United States has established by clear and convincing evidence that Defendant Anne Lyman-Petty is in civil contempt of the Court's orders, hereby rules as follows:

**FINDINGS OF FACT**

1.     On March 31, 2023, the Court entered a permanent injunction (ECF No. 11) against Defendant Anne Lyman-Petty, barring her from acting as a tax return preparer and from requesting, assisting in, or directing the preparation or filing of tax returns for any person or entity other than herself or her legal spouse.

2.     On April 10, 2023, the Injunction Order was duly served on Defendant Anne Lyman-Petty.

3.    On May 28, 2024, the Court entered a Civil Contempt Order (ECF No. 21), finding Lyman-Petty in civil contempt for violating the Injunction Order and requiring her to pay a $5,000 disgorgement and provide a complete customer list with sworn certification.

4.    Since the issuance of the Injunction Order, Lyman-Petty has repeatedly and deliberately violated both the Injunction Order and the Civil Contempt Order by:

    A.  Continuing to prepare tax returns for customers;

    B.  Failing to provide a complete and accurate list of all tax return preparation customers since January 1, 2017;

    C.  Failing to notify her customers of the Injunction Order;

    D.  Failing to file a sworn certification of compliance with the Court;

    E.  Failing to pay the $5,000 disgorgement awarded in the Civil Contempt Order;

5.    Lyman-Petty attempted to obscure these violations by filing tax returns under the name of her former business partners.

6.    Lyman-Petty's continued violations have caused the United States to expend significant resources to investigate her non-compliance and to enforce the Court's orders at least in the amount $79,290.12.

7.    Lyman-Petty's continued violations have also resulted in her wrongfully acquiring at least $138,315.52.

## CONCLUSIONS OF LAW

1.    Lyman-Petty has failed to take all reasonable steps to comply with the Court's clear and definite Injunction Order (ECF No. 11) and Civil Contempt Order (ECF No. 21).

2.    Lyman-Petty's persistent non-compliance is not technical or de minimis, but rather constitutes a knowing, deliberate, and sustained defiance of the Court's authority.

3.    The United States is entitled to a finding of civil contempt against Lyman-Petty and to a coercive order that compels her compliance and compensates the United States for its losses.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

1.    Defendant Anne Lyman-Petty is hereby held in civil contempt of this Court's March 31, 2023, Injunction Order and May 28, 2024, Civil Contempt Order.

      2.     Lyman-Petty shall disgorge to the United States her illicit profits obtained in violation of the Court's orders in the amount of $138,315.52.

      3.     Lyman-Petty shall compensate the United States for its costs incurred in policing the injunction in the amount of $79,290.12.

      4.     Lyman-Petty, within 30 days of the service of this Order, shall:

        A. Provide the United States with a full and accurate list of all tax return preparation customers from January 1, 2017, through the present;

        B. Coordinate with the United States to mail a cover letter and a copy of the Injunction Order (ECF No. 11) to each of those customers;

        C. File a sworn certification with the Court confirming her full compliance with the terms of this Order;

        D. Pay to the United States the combined disgorgement and compensatory awards in the total amount of $217,605.64 via wire transfer or pay.gov, with further payment instructions provided by the United States.

      5.     If Lyman-Petty fails to comply with any of the conditions set forth in Paragraph 4 within the 30-day period, the Court will authorize the issuance of a warrant for her immediate arrest and civil confinement until she purges herself of contempt by complying with all terms of this Order or establishes by clear and convincing evidence that compliance is not possible.

**IT IS SO ORDERED.**

DATED: September 29, 2025

*/s/ James C. Mahan*
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE