UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANNE LYMAN-PETTY,

Defendant.

Case No. 2:23-cv-00015-JCM-BNW

**ORDER**

Presently before the court is Magistrate Judge Brenda Weksler's report and recommendation ("R&R"). (ECF No. 31). She recommends that plaintiff United States' motion for contempt sanctions (ECF No. 25) be granted. Magistrate Judge Weksler further recommends that the court issue a stay execution of the warrant for 60 days from the date of the order adopting this recommendation, to afford defendant Lyman-Petty a final opportunity to comply. (ECF No. 31 at 5). Judge Weklser asserts that if Lyman-Petty fails to comply within the 60-day period, plaintiff United States can file a notice of noncompliance, where the stay will be lifted and the warrant will be executed without further order of the court.

No objections were filed to the R&R. Thus, the court is not obligated to conduct a de novo review of the R&R. 28 U.S.C. § 636(b)(1) (requiring courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise.").

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Weksler's Report and Recommendation (ECF No. 31) is ADOPTED, in full.

Dated this 17th day of September, 2026.

James C. Mahan

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE